

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00006-CV

IN THE INTEREST OF J.C.R. AND B.B.N.N., CHILDREN

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

On June 18, 2010, we notified appellant K.D.R. that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss her appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.[2]

---

[1]*See* Tex. R. App. P. 47.4.

[2]Appellant's counsel previously informed this court by letter that K.D.R. did

Because appellant's brief for K.D.R. has not been filed, we dismiss her appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: July 15, 2010

---

not wish to pursue the appeal but that counsel would not be filing a motion to dismiss or a brief for K.D.R. The letter says it was copied to "Client."